Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Camille A. Brooks (CA 307859)
camille.brooks@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendant
Bethpage Federal Credit Union

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARK ELSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, <br><br> Defendants. | Case No. 2:21-cv-02059-MCE-JDP <br><br> The Honorable Morrison C. England, Jr. <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEFENDANT BETHPAGE FEDERAL CREDIT UNION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1     Having received and reviewed the Stipulation to Extend Defendant Bethpage Federal Credit Union's Time to Respond to Plaintiff's Complaint ("Stipulation"), submitted by Plaintiff Mark Elstein and Defendant Bethpage Federal Credit Union ("Bethpage"), and good cause appearing,

    Defendant Bethpage's time to respond to the Complaint is hereby extended by forty-five (45) days through January 18, 2022.

    IT IS SO ORDERED.

Dated: November 24, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE