Jennifer Sun (State Bar No. 238942)
jennifersun@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK ELSTEIN,<br><br>            Plaintiff,<br><br>      v.<br><br>TransUnion, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Bethpage Federal Credit Union,<br><br>            Defendants. | Case No. 2:21-cv-02059-MCE-JDP<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Complaint filed:  November 8, 2021<br>Current response date:  December 29, 2021<br>New response date:  January 19, 2022 |

Pursuant to the joint stipulation between Plaintiff Mark Elstein ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), the deadline for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, is extended from December 29, 2021, up through and including **January 19, 2022**.

IT IS SO ORDERED.
Dated:  January 5, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE