1  Kelly Albright (State Bar No. 317923)
   kalbright@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:   (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
6  INC.

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12  MARK ELSTEIN,                          Case No. 2:21-cv-02059-MCE-JDP

13            Plaintiff,                    **ORDER GRANTING THIRD
                                            STIPULATION TO EXTEND THE
14      v.                                  DEADLINE TO RESPOND TO THE
                                            COMPLAINT**
15  TransUnion, LLC; Equifax Information
    Services, LLC; Experian Information     Complaint filed:  November 8, 2021
16  Solutions, Inc.; Bethpage Federal Credit Current response date:  January 19, 2022
    Union,                                  New response date:  January 26, 2022
17
            Defendants.
18

19      Pursuant to the joint stipulation between Plaintiff Mark Elstein ("Plaintiff") and Defendant

20  Experian Information Solutions, Inc. ("Experian"), the deadline for Experian to answer, object, or

21  otherwise respond to Plaintiff's Complaint, is extended from January 19, 2022, up through and

22  including **January 26, 2022**.

23      IT IS SO ORDERED.

24  Dated:  January 26, 2022

25

26                                         MORRISON C. ENGLAND, JR
                                           SENIOR UNITED STATES DISTRICT JUDGE
27

28

                                                              ORDER
                                                   Case No. 2:21-cv-02059-MCE-JDP