Jason S. Roberts, Esq. (SBN 221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jroberts@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MARK ELSTEIN,<br>                    Plaintiff,<br><br>        vs.<br><br>TRANSUNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.; and<br>BETHPAGE FEDERAL CREDIT UNION;<br>                    Defendants, | CASE NO.  2:21-cv-02059-MCE-JDP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Mark Elstein, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  March 2, 2022

s/ Joseph B. Angelo *(with consent)*
Joseph B. Angelo, Esq.
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Boulevard, Suite 250
Roseville, CA  95747
Telephone:  (916) 290-7778
Fax:  (916) 721-2767
E-Mail:  jangelo@gajplaw.com

*Counsel for Plaintiff Mark Elstein*

Date: March 2, 2022

s/ Jason S. Roberts
Jason S. Roberts, Esq. (SBN 221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jroberts@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing. all claims of Plaintiff Mark Elstein against Defendant Trans Union, LLC, only, are dismissed, with prejudice.  Plaintiff Mark Elstein and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.  This case remains ongoing against other Defendants.

IT IS SO ORDERED.

Dated:  March 4, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE