Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Mark Elstein

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MARK ELSTEIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br><br>          Defendants. | Case No.: 2:21-cv-02059-MCE-JDP<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is DISMISSED with prejudice and each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 29, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE